The application is denied. There appears no error of law in the judgment complained of.

SANDERS, J., is of the opinion a writ should be granted to consider fully the question of historical value in expropriation proceedings in Louisiana, raised for the first time in this case

SUMMERS, J., is of the opinion the writ should be granted.

203 So.2d 560

**Cecil T. HART**

v.

**Wingate WHITE, Warden Louisiana State Penitentiary, et al.**

**No. 48957.**

Nov. 10, 1967.

Not considered. Applicant has not complied with the rules of this court.

203 So.2d 560

**STATE of Louisiana**

v.

**Frank Brent McCARROLL.**

**No. 48966.**

Nov. 10, 1967.

Writ refused. There is no error in the judgment complained of.